**Electronically Filed
Supreme Court
SCWC-15-0000478
17-JUN-2021
10:05 AM
Dkt. 38 OCOR**

SCWC-15-0000478

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

PROTECT AND PRESERVE KAHOMA AHUPUAʻA ASSOCIATION,
an unincorporated association,
MICHELE LINCOLN, MARK ALLEN, LINDA ALLEN,
and CONSTANCE B. SUTHERLAND,
Respondents/Plaintiffs-Appellants,

vs.

MAUI PLANNING COMMISSION, COUNTY OF MAUI, and
STANFORD CARR DEVELOPMENT, LLC,
a domestic limited liability company,
Petitioners/Defendants-Appellees/Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000478; CIVIL NO. 14-1-0616(1))

ORDER OF CORRECTION
(By: McKenna, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed June 16, 2021, is corrected as follows:

An indentation is added to the paragraph on page 27 beginning with the sentence, "However, even if Resolution 14-14 had included HRS § 205A-26(2) among its listed exemptions, the Council would not have been able to exempt the Project from HRS § 205A-26(2)'s requirements."

On page 29, the attorney credits are amended to read:

Lance D. Collins
for PPKAA

Jennifer A. Lim
(Arsima A. Muller and
Craig G. Nakamura
with her on the briefs)
for Carr

Thomas W. Kolbe
(Moana M. Lutey and
Caleb P. Rowe
with him on the briefs)
for the Commission

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, June 17, 2021.

/s/ Sabrina S. McKenna
Associate Justice

2